1548

## MOTION DOCKET

**93–1085.** State v. Said. *Lake County,* No. 92–L–018. On motion to dismiss and/or strike second proposition of law of *amicus curiae* brief. Motion to strike only granted.

Douglas and Cook, JJ., dissent.